H. H. Simmons, Plaintiff in Error, v. W. M. Bostwick, Jr., Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell and C. D. Rinehart for plaintiff in error.

George M. Powell for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed on motion of counsel for the plaintiff in error.